**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

*Robert Frazer*
*United States Attorney*

*Alexander Judka*
Assistant U.S. Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Alexander.judka@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2825*

August 27, 2026

**BY ECF**
Honorable Madeline C. Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *Molina Paltan v. Blanche, et al.*, No. 26-11034 (MCA)**
**Petitioner's Release**

Dear Judge Arleo:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office that Petitioner was released from custody at 1:50 p.m. on August 27, 2026.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: s/ Alexander Judka
ALEXANDER JUDKA
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)

Case shall be closed.
SO ORDERED

s/Madeline Cox Arleo
MADELINE COX ARLEO, U.S.D.J.

Date: 8/28/26